United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL C. GOMEZ, et al.,

    Plaintiffs,

    v.

WELLS FARGO HOME MORTGAGE et al.,

    Defendants.
_____/

No. C 11-1725 PJH

**ORDER DISMISSING UNSERVED DEFENDANTS AND REFERRING CASE FOR ALL PURPOSES TO MAGISTRATE JUDGE**

    This action having been removed from the Superior Court of California, County of Contra Costa on April 8, 2011; and plaintiffs having been ordered by the court to file a proof of service of the summons and complaint on defendants HSBC Bank N.A. and RMR Financial d/b/a Princeton Capital, LLC, and having failed to do so; and plaintiffs and the two remaining defendants, Wells Fargo Home Mortgage and First American Trustee Servicing Solutions, LLC, having consented to the jurisdiction of the Magistrate Judge,

    It is hereby ORDERED that defendants HSBC Bank N.A. and RMR Financial d/b/a Princeton Capital, LLC are DISMISSED from the case pursuant to Federal Rule of Civil Procedure 4(m), and that this case is referred for reassignment to Magistrate Judge Laurel Beeler.

**IT IS SO ORDERED.**

Dated: August 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge