1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES  DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| MIGUEL C. GOMEZ, et al., | No. C 11-01725 LB |
| Plaintiffs, | ORDER (1) GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND (2) DENYING DEFENDANTS' MOTION FOR DISMISSAL |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al., | |
| Defendants. | [Re: ECF Nos. 40, 42] |
| _____/ | |

On November 21, 2011, the court granted Defendants' motions to dismiss Plaintiffs' complaint. Order, ECF No. 39.[1]  The court allowed Plaintiffs to file a First Amended Complaint within 14 days – or by December 5, 2011.  *Id*. at 21.  They did not.  Instead, on December 5 they requested an additional 45 days to do so.  Motion, ECF No. 40.  Defendants opposed the motion and simultaneously moved for dismissal based on Plaintiffs' failure to prosecute their action in a timely fashion.  Opposition, ECF No. 42

Upon consideration of the moving papers, the court finds good cause to give Plaintiffs extra time to file a First Amended Complaint.  Their motion is GRANTED.  Plaintiffs shall file any First Amended Complaint **on or before January 19, 2012** (45 days from the previous deadline of December 5, 2011).  Defendants' motion for dismissal is DENIED.

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-01725 LB

1    This disposes of ECF Nos. 40, 42.

2    **IT IS SO ORDERED.**

3    Dated: December 21, 2011



4    _____
     LAUREL BEELER
5    United States Magistrate Judge

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 11-01725 LB